AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

07-497

SYLVESTER SHOCKLEY

Plaintiff

V.

RONALD HOSTERMAN

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, SYLVESTER SHOCKLEY declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     • Yes     • No     (If "No" go to Question 2)

    If "YES" state the place of your incarceration  DELAWARE CORRECTIONAL CENTER

    **Inmate Identification Number (Required):** 00090135

    Are you employed at the institution? YES   Do you receive any payment from the institution? YES

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?    • Yes    • No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. $14.40; DELAWARE CORRECTIONAL CENTER; 1181 PADDOCK ROAD; SMYRNA, DELAWARE  19977
    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     • • Yes     • • No
    b. Rent payments, interest or dividends              • • Yes     • • No
    c. Pensions, annuities or life insurance payments    • • Yes     • • No
    d. Disability or workers compensation payments       • • Yes     • • No
    e. Gifts or inheritances                             • • Yes     • • No
    f. Any other sources                                 • • Yes     • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. *Please see 6 months account statement.*

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes   · ·XX̶

   If "Yes" state the total amount  $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   · · Yes   · X̶X̶X̶

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

AUG. 10, 2007                    _Sylvester Shuckley_
DATE                              SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Sylvester Shockley_ SBI#: _090135_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _August 6, 2007_

**FILED**
**AUG 1 4 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

Attached are copies of your inmate account statement for the months of _February 1, 2007_ to _July 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 3.47 |
| March | 2.92 |
| April | 1.51 |
| May | 41.92 |
| June | 10.93 |
| July | 24.39 |

Average daily balances/6 months: __14.19__

Attachments
CC: File

_Stacy Shane_
8/6/07

_[signature]_
8/6/07

# Individual Statement
## From February 2007 to July 2007

| Date Printed: 8/6/2007 | | | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|
| SBI: 00090135 | Last Name: Shockley | First Name: Sylvester | MI: C | Suffix: | Beginning Month Balance: | $0.15 |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $47.88 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 2/1/2007 | $14.40 | $0.00 | $0.00 | $14.55 | 381526 | | W BLDG 12/24/06-1/2 | |
| Canteen | 2/7/2007 | ($13.93) | $0.00 | $0.00 | $0.62 | 383684 | | | |
| Medical | 2/21/2007 | $0.00 | ($4.00) | $0.00 | $0.62 | 390946 | | 2/16/07 | |
| Medical | 2/23/2007 | ($0.62) | ($3.38) | $0.00 | $0.00 | 392180 | | 2/16/07 | |
| Wage-1099 | 3/1/2007 | $14.40 | $0.00 | $0.00 | $14.40 | 395085 | | W BLDG 1/24-2/23/07 | |
| Medical | 3/2/2007 | ($3.38) | $0.00 | $0.00 | $11.02 | 395863 | | 2/16/07 | |
| Canteen | 3/7/2007 | ($8.27) | $0.00 | $0.00 | $2.75 | 397667 | | | |
| Canteen | 3/14/2007 | ($2.65) | $0.00 | $0.00 | $0.10 | 400412 | | | |
| Wage-1099 | 4/2/2007 | $14.40 | $0.00 | $0.00 | $14.50 | 408566 | | W BLDG 2/24-3/23/0 | |
| Canteen | 4/4/2007 | ($10.05) | $0.00 | $0.00 | $4.45 | 410284 | | | |
| Medical | 4/4/2007 | $0.00 | ($4.00) | $0.00 | $4.45 | 410516 | | 3/28/07 | |
| Medical | 4/5/2007 | ($4.00) | $0.00 | $0.00 | $0.45 | 411447 | | 3/28/07 | |
| Wage-1099 | 5/1/2007 | $14.40 | $0.00 | $0.00 | $14.85 | 421464 | | W BLDG 3/24-4/23/2 | |
| Visit | 5/2/2007 | $40.00 | $0.00 | $0.00 | $54.85 | 423188 | 200084743991-24294 | | C MATHEWS |
| Visit | 5/2/2007 | $20.00 | $0.00 | $0.00 | $74.85 | 423189 | 162085-24295 | | M HALL |
| Canteen | 5/2/2007 | ($13.52) | $0.00 | $0.00 | $61.33 | 423268 | | | |
| Canteen | 5/9/2007 | ($10.52) | $0.00 | $0.00 | $50.81 | 426305 | | | |
| Canteen | 5/15/2007 | ($12.01) | $0.00 | $0.00 | $38.80 | 428711 | | | |
| Canteen | 5/23/2007 | ($9.72) | $0.00 | $0.00 | $29.08 | 432016 | | | |
| Canteen | 5/30/2007 | ($10.80) | $0.00 | $0.00 | $18.28 | 434475 | | | |
| Wage-1099 | 6/1/2007 | $14.40 | $0.00 | $0.00 | $32.68 | 435953 | | W BLDG 4/24-5/23/0 | |
| Canteen | 6/6/2007 | ($11.00) | $0.00 | $0.00 | $21.68 | 439669 | | | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($5.07) | $21.68 | 440903 | | INIT. FILING FEE | |
| Legal | 6/8/2007 | ($5.07) | $0.00 | $0.00 | $16.61 | 440933 | | INIT. FILING FEE | |
| Canteen | 6/13/2007 | ($14.49) | $0.00 | $0.00 | $2.12 | 442249 | | | |
| Wage-1099 | 7/2/2007 | $14.40 | $0.00 | $0.00 | $16.52 | 450477 | | W BLDG 5/24-6/23/0 | |
| Legal | 7/3/2007 | $0.00 | $0.00 | ($0.88) | $16.52 | 450901 | | US DISTRICT COURT | |
| Canteen | 7/5/2007 | ($5.98) | $0.00 | $0.00 | $10.54 | 452106 | | | |
| Pay-To | 7/5/2007 | ($10.00) | $0.00 | $0.00 | $0.54 | 452767 | | FAITH TABERNACLE | |
| Legal | 7/12/2007 | ($0.54) | $0.00 | ($0.34) | $0.00 | 455975 | | US DISTRICT COURT | |
| Mail | 7/17/2007 | $50.00 | $0.00 | $0.00 | $50.00 | 457391 | 08658553820 | | S LERRETT |

Date Printed: 8/6/2007

# Individual Statement
## From February 2007 to July 2007

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00090135 | Shockley | Sylvester | C | | Beginning Month Balance: | $0.15 |
| Current Location: | W1 | | | | Ending Month Balance: | $47.88 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/24/2007 | $5.00 | $0.00 | $0.00 | $55.00 | 461127 | 15802 | 6 MOS VOID | |
| Pay-To | 7/24/2007 | $0.54 | $0.00 | $0.00 | $55.54 | 461273 | | VOID CK#20265 | |
| Canteen | 7/25/2007 | ($47.66) | $0.00 | $0.00 | $7.88 | 461653 | | | |
| Visit | 7/26/2007 | $40.00 | $0.00 | $0.00 | $47.88 | 462457 | 0520149897-02384 | | S SHOCKLEY |

Ending Month Balance: $47.88

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00