IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVESTER SHOCKLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-497-SLR ) |
| RONALD HOSTERMAN, THOMAS CARROLL, and JOHN DOE PRISON OFFICIALS, | ) ) ) ) |
| Defendants. | ) ) |

### AUTHORIZATION

I, Sylvester Shockley, SBI #090135, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.58 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 23_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _Aug. 26_, 2007.

_Sylvester Shockley_
Signature of Plaintiff


RECEIVED
AUG 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

