## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Sylvester Shockley              )
      Petitioner          )
                     )
    v.                        )    Civ. Action No. 07-497-SLR
                     )
Ronald Hosterman and            )
Thomas Carroll and John         )
Doe Prison Officials,           )
      Defendants.          )

## NOTICE OF APPEAL

NOTICE is hereby given that Sylvester Shockley, Petitioner in the above-captioned case, herby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of the United States District Court, Judge Sue L. Robinson, entered in this action on November 13, 2007 which dismissed and denied Petitioner's Application under the Civil Rights Act, 42 U.S.C. Section 1983.

DATED: 12-5-07

FILED

DEC - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Yours,

Sylvester Shockley
Sylvester Shockley
SBI 090135
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977\

## Certificate of Service

I, _Sylvester Shockley_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Notice OF Appeal_ _____

_____ upon the following

parties/person (s):

TO: _The Clerk of the United_
_States District court for Delaware_
_844 King Street_
_Lockbox 18_
_Wilmington, DE 19801_

TO: _____
_____
_____
_____
_____

TO: _Clerk_
_U.S. Court of Appeals_
_21400 U.S. Courthouse_
_601 Market Street_
_Philadelphia, PA 19106_

TO: _____
_____
_____
_____
_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _5th_ day of _December_ ,200_7_

_Sylvester Shockley_

I/M Moster Shelley

SBI# 090135 UNIT W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

05 DEC 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801-3570