OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4947

December 13, 2007

## NOTICE OF DOCKETING OF APPEAL

**Shockley v. Hosterman**

**No.: 07-cv-00497**

**Honorable Sue L. Robinson**

An appeal by **Sylvester Shockley** was filed in the above-captioned case on **12/6/07,** and docketed in this Court on **12/13/07,** at No. **07-4599**.

Kindly use the Appeals Docket No. **07-4599** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**.  Please notify Case Manager **Stephanie Wells** at Stephanie_Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

              **Marcia M. Waldron**
              **Clerk**