UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Sylvester Shockley )
    Petitioner, )
  )
v. ) Civ. Action No. 07-497-SLR
  )
Ronald Hosterman and )
Thomas Carroll and John )
Doe Prison Officials, )
    Defendants. )

FILED
FEB 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

## NOTICE OF APPEAL

Comes now the petitioner pursuant to Rule 4, Federal R. App. A and files this Amended Notice of Appeal in the above – captioned case Shockley v. Hosterman, District Court No. 07-CV-497 from the Memorandum Order of the United States District Court, Judge Sue L. Robinson, entered in this action on January 14, 2008 which denied Petitioner's motion to Alter or Amend Judgment pursuant to Federal Rule Civ. P. 59(e).

Dated: February 8, 2008

Respectfully Yours,

*Sylvester Shockley*
Sylvester Shockley
SBI 00090135
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Sylvester Shelley
SBI# 090135  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
09 FEB 2008 PM 5 T

The Clerk of the Court
U.S. District Court for Delaware
844 King St., Lockbox 18
Wilmington, DE
19801