Sylvester Shockley #090135
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Sylvester Shockley,
    Appellant.

Vs.

Ronald Hosterman and
Thomas Carroll and John
Doe Prison Officials,
Defendants.

No. 074599
District Court No. 07-CV-00497



FILED
FEB 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Dear Clerk, Marcia M. Waldron:

Pursuant to this Court's ORDER dated, December 20, 2007, Appellant hereby files this written report addressing the status of the pending Fed. R. Civ. P. 59(e) motion in the above-entitled appeal, as follows:

### A. DISCUSSION

1. On/or about January 12, 2008, U.S. District Court Judge Sue L. Robinson issued a Memorandum Order denying Appellant-Plaintiff below Motion to Alter or Amend Judgment pursuant to Federal Rule Civil Procedure 59(e), which the court construed as a Motion for Reconsideration.

2. The Office of the Attorney General of Delaware-Defendants did not serve an answer to the initial complaint or any one of the motions permitted under Fed. R. Civ. P. 12 or Rule 56 of Fed. R. Civ. Procedure.

3. On December 20, 2007, this court issued an ORDER which in part, directed the parties in Shockley v. Hosterman, No 07-4599 to file written reports addressing the status of the pending motion on January 22, 08 and every thirty (30) days thereafter until the motion is determined. This is Appellant's first written report responding to the district court's Memorandum Order denying Appellant's Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e).

4. On February 8, 2008, Appellant filed his Amended Notice of appeal in the above-entitled case from the Memorandum Order of the district court issued January 12, 2008 which denied Appellant's Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e)

*Sylvester Shockley*
Sylvester Shockley

Dated: February 15, 2008

Cc: file

## Certificate of Service

I, _Sylvester Shockley_, hereby certify that I have served a true And correct cop(ies) of the attached: _Status Report_ _____ upon the following parties/person (s):

TO: _The Clerk_
_U.S. Court of Appeals_
_21400 U.S. Courthouse_
_601 Market Street_
_Philadelphia, PA 19106_

TO: _____

TO: _The Clerk_
_U.S. District Court_
_for Delaware_
_844 King St. Lockbox 18_
_Wilmington, DE 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15_ day of _February_, 200_8_

_Sylvester Shockley_

IM Ahearn Shelley
SBI# 090185  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 FEB 2008 PM 2 T

U.S.M.S. X-RAY

The Clerk
U.S. District Court for Delaware
844 King St., Lockbox 18
Wilmington, DE 19801